DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

RYAN REZAEI (CABN 285133)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234
    ryan.rezaei@usdoj.gov

Attorneys for United States of America

**FILED**
Jul 01 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROSE M. HORNE, <br><br> Defendant. | CASE NO. 3-20-70879 MAG <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on June 29, 2020, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

    X    Indictment

    ☐    Information

    ☐    Criminal Complaint

    ☐    Other (describe) _____

pending in the District of Colorado, Case Number 14-CR-00093-REB.

    In that case (copy of indictment attached), the defendant is charged with 12 counts of wire fraud in violation of 18 U.S.C. § 1341 (Counts 1-12) and five counts of subscribing to a false tax return in

violation of 26 U.S.C. § 7206(1).

The maximum penalties are as follows:

For each of Counts 1-12 (wire fraud):

- 20 years prison;
- 5 years supervised release;
- $250,000 fine or twice the gross gain or loss;
- $100 special assessment; and
- Forfeiture.

For each of Counts 13-17 (subscribing to a false tax return):

- 3 years prison;
- 1 year supervised release;
- $250,000 fine or twice the gross gain or loss;
- $100 special assessment; and
- Forfeiture.

Respectfully Submitted,

DAVID L. ANDERSON  
UNITED STATES ATTORNEY

Date: June 30, 2020

*/S/ RYAN REZAEI*  
AUSA NAME  
Assistant United States Attorney